UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

ALFONSO ALLAN BROOKS,

    Defendant(s).

NO. CR03-311P

ORDER ON MOTION TO OBTAIN COPY OF SEALED DOCUMENTS

The above-entitled Court, having received and reviewed:

1. Defendant's Motion for Order to Obtain copy of Sealed Documents

2. United States' Response to Defendant Brooks' Motion for Order to Obtain Copy of Sealed Documents

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion is PARTIALLY GRANTED: Documents Nos. 180, 186, 194 and 198 shall be copied by the Clerk of the Court and provided to Defendant's current counsel.

IT IS FURTHER ORDERED that the motion is PARTIALLY DENIED: Documents Nos. 238, 394 and 410 do not pertain to Defendant's case; in the absence of any specific showing of the need for the documents or the information contained in them, they will not be provided to Defendant.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: August __2__, 2005

*Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge

**ORD ON MTN TO OBTAIN SEALED DOCUMENTS - 1**