UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff(s),

    v.

ALFONSO BROOKS,

              Defendant(s).

NO. CR03-311MJP

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

      The Court has received and reviewed Defendant's Motion to Compel Former Counsel to Provide Defendant a Complete Copy of Defendant's Case File (Dkt. No. 564) and defense counsel's response thereto (Dkt. No. 566).

      The Court finds that Mr. Palmer has provided all the remaining documents in his file to Defendant and has complied with Defendant's request.

      Filed this 16th day of July, 2008.

                            BRUCE RIFKIN, Clerk

                      By     /s Mary Duett
                                Deputy Clerk

MINUTE ORDER