THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR03-311-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING |
| ALFONSO ALLAN BROOKS, | |
| Defendant. | |

THE COURT has considered Alfonso Allan Brooks's unopposed motion to continue the evidentiary hearing on revocation of supervised release along with the records in this case.

IT IS ORDERED that the revocation hearing is continued from June 13, 2025, to **July 18, 2025 at 9:00 AM**.

DATED this 3rd day of June 2025.

/s/ RICARDO S. MARTINEZ
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Adriane Manigo*
Attorney for Alfonso Allan Brooks

ORDER TO CONTINUE REVOCATION HEARING
(*US v. Brooks,* No. CR03-311-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100