UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR03-311 RSM |
|---|---|
| Plaintiff, | **ORDER CONTINUING TERMS OF SUPERVISION** |
| v. | |
| ALFONSO ALLAN BROOKS, | |
| Defendant. | |

The Court, after conducting an evidentiary hearing and finding that Mr. Brooks has violated the terms of his supervised release by committing Violations 1 and 2, HEREBY ORDERS that the terms of the defendant's supervision shall remain in full effect and force.

DATED this 7 day of August, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Continuing Terms of Supervision
*United States v Brooks*, CR03-311 RSM - 1

1 | Presented by:
2 |
  | *s/ Todd Greenberg*
3 | Todd Greenberg
  | Assistant United States Attorney
4 |
5 |
...
28 |

Order Continuing Terms of Supervision
*United States v Brooks*, CR03-311 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970